UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHRISTOPHER M. PACKER,<br><br>              Movant,<br><br>   -vs-<br><br>UNITED STATES OF AMERICA,<br><br>              Respondent. | No.   2:04-CR-0263-WFN-1<br>        2:15-CV-0249-WFN<br><br>ORDER ON § 2255 MOTION<br>AND CLOSING CIVIL FILE |

Before the Court is Movant's 28 U.S.C. § 2255 Motion to Vacate, Set Aside or Correct Sentence. ECF No. 99. The Motion is submitted by Mr. Packer, who is appearing *pro se* in these proceedings. Mr. Packer previously filed a § 2255 Motion which the Court denied on July 30, 2015. ECF No. 98. Upon receipt of Mr. Packer's second § 2255 Motion, the Clerk's Office sent an Application to File Second or Successive Petition to Mr. Packer. Until the Ninth Circuit approves Mr. Packer's Application, this Court cannot consider the new § 2255 Motion. The Court has reviewed the file and is fully informed. Accordingly,

**IT IS ORDERED** that Mr. Packer's Motion to Vacate, Set Aside or Correct Sentence by a Person in Federal Custody Pursuant to 28 U.S.C. § 2255, filed September 15, 2015, **2:04-CR-0263-WFN-1 ECF No. 99**, is **DENIED AS MOOT**, with the right to renew subject to Ninth Circuit approval.

The District Court Executive is directed to file this Order, provide copies to counsel **AND** *pro se* Movant, **AND TO CLOSE** the corresponding civil file, 2:15-CV-0249-WFN.

**DATED** this 17th day of December, 2015.

12-16-15

                          s/ Wm. Fremming Nielsen
                          WM. FREMMING NIELSEN
         SENIOR UNITED STATES DISTRICT JUDGE

ORDER